```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09267
  LES J ROSS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
  SSN XXX-XX-3211


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 04/16/08 and confirmed on 06/23/08.

    2.   The case was dismissed after confirmation, 11/06/2008.

    3.   The Debtor paid a total of $      225.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| AMCORE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMCORE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF ROLLING MEADOWS | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CARPENTERSVILLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| AT & T SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

```
       Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00 and was paid $     276.00   direct and $     211.95   through the plan.

The Trustee received $      13.05 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE